October 21, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

LINDA HERNANDEZ, JOSE HERNANDEZ, JAVIER VASQUEZ, CLAUDIA GIL, RAUL VASQUEZ AND VIRGINIA VASQUEZ, Appellants

NO. 14-13-00567-CV                    V.

ABRAHAM, WATKINS, NICHOLS SORRELS & FRIEND, A TEXAS GENERAL PARTNERSHIP, RANDALL SORRELLS AND BERNARDINO AGOSTO, JR., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Abraham, Watkins, Nichols Sorrels & Friend, a Texas General Partnership, Randall Sorrells and Bernardino Agosto, Jr., signed January 29, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Linda Hernandez, Jose Hernandez, Javier Vasquez, Claudia Gil, Raul Vasquez and Virginia Vasquez, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.